TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
AUG 03 '22 AM10:52

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. CANDACE K. KANAHELE, Defendant. | INDICTMENT COUNTS 1-3: 31 U.S.C. § 5324(a)(3), Structuring a Transaction to Evade Reporting Requirement Case: 2:22-cr-00276 Assigned To : Barlow, David Assign. Date : 08/02/2022 |
|---|---|

The Grand Jury Charges:

## COUNT 1
31 U.S.C. § 5324(a)(3)
Structuring a Transaction to Evade Reporting Requirement

On or about August 24, 2018, in the District of Utah,

CANDACE K. KANAHELE,

defendant herein, for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did knowingly structure or assist in structuring, or attempt to structure or assist in structuring, the following transactions with one or more domestic financial institutions:

| CURRENCY DEPOSIT AMOUNT | FINANCIAL INSTITUTION | BRANCH LOCATION |
|---|---|---|
| $7,000 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N, Orem, UT |
| $8,000 | MACU Acct. No. xxxx6921-50 | 1219 S 800 E, Orem, UT |

All in violation of Title 31, United States Code, Section 5324(a)(3).

## COUNT 2
31 U.S.C. § 5324(a)(3)
Structuring a Transaction to Evade Reporting Requirement

On or about June 27, 2019, in the District of Utah,

CANDACE K. KANAHELE,

defendant herein, for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did knowingly structure or assist in structuring, or attempt to structure or assist in structuring, the following transactions with one or more domestic financial institutions:

| CURRENCY DEPOSIT AMOUNT | FINANCIAL INSTITUTION | BRANCH LOCATION |
|---|---|---|
| $6,300 | Wells Fargo Acct. No. xxxx7902 | 456 E 1150 S, Orem, UT |
| $2,900 | Wells Fargo Acct. No. xxxx7902 | 77 N State, Orem, UT (ATM) |
| $500 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N, Orem, UT (ATM) |
| $500 | MACU Acct. No. xxxx6921-50 | 1219 S 800 E, Orem, UT |

All in violation of Title 31, United States Code, Section 5324(a)(3).

## COUNT 3
31 U.S.C. § 5324(a)(3)
Structuring a Transaction to Evade Reporting Requirement

On or about June 29, 2020, in the District of Utah,

CANDACE K. KANAHELE,

defendant herein, for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did knowingly structure or assist in structuring, or attempt to structure or assist in structuring, the following transactions with one or more domestic financial institutions:

| CURRENCY DEPOSIT AMOUNT | FINANCIAL INSTITUTION | BRANCH LOCATION |
|---|---|---|
| $500 | MACU Acct. No. xxxx6921-50 | 1340 N State St Orem, UT (ATM) |
| $3,000 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N Orem, UT (ATM) |
| $3,000 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N Orem, UT (ATM) |
| $3,000 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N Orem, UT (ATM) |
| $2,700 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N Orem, UT (ATM) |
| $9,300 | Wells Fargo Acct. No. xxxx7902 | 140 W 800 N Orem, UT |
| $8,900 | Wells Fargo Acct. No. xxxx7902 | 456 E 1150 S Orem, UT |

All in violation of Title 31, United States Code, Section 5324(a)(3).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 31 U.S.C. § 5317(c)(1), upon conviction of any offense violating 31 U.S.C. § 5324, the defendant shall forfeit to the United States of America all property,

real or personal, involved in the offense and any property traceable thereto. The property to be forfeited includes, but is not limited to:

- Real property located at 345 North 20 West, Vineyard, Utah;

- A money judgment equal to the value of any property not available for forfeiture as a result of any act or omission of the defendant(s) for one or more of the reasons listed in 21 U.S.C. § 853(p);

- Substitute property as allowed by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

*Jamie Thomas*
_____
JAMIE Z. THOMAS
Assistant United States Attorney

4